No. 452. Cobb *v.* Howard University. November 13, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Wm. E. Leahy* and *George D. Horning, Jr.,* for petitioner. *Messrs. Spencer Gordon* and *Fontaine C. Bradley* for respondent.

No. 454. Globe & Rutgers Fire Insurance Co. et al. *v.* United States et al. November 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Forrest E. Single* for petitioners. *Solicitor General Jackson, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for respondents.

No. 456. George *v.* Victor Talking Machine Co. November 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Robert L. Nase* and *Q. C. Davis, Jr.,* for petitioner. *Messrs. Lawrence B. Morris, Floyd H. Bradley, David Mackay, Louis Levinson, Samuel H. Richards,* and *Isaac Levy* for respondent.

No. 438. Carter, Chairman, et al. *v.* Powell et al. November 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Theo. T. Turnbull* for petitioners. *Mr. Jos. F. Johnston* for respondents.

No. 411. Lovvorn *v.* Davidson, Judge. November 22, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.